UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE J. HILL,

    Plaintiff,

v.                                        CASE NO.: 8:07-cv-1272-T-23TBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

On June 13, 2013, Magistrate Judge Thomas B. McCoun, III, issued a report (Doc. 32) recommending the denial of the plaintiff's construed motion (Doc. 31) for leave to appeal *in forma pauperis*. The plaintiff files no objection.

The report and recommendation (Doc. 32) is **ADOPTED**, and the plaintiff's motion (Doc. 31) for leave to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on July 15, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE